**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, Plaintiff,

v.

**SHAWN MICHAEL COHENOUR**, Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE:JONATHAN LEBEDOFF
CHIEF U.S. MAGISTRATE JUDGE

Case No: 01-258(02) (MJD)
Date: 3/17/05
Court Reporter: N/A
Tape Number: TAPE # NOT AVAILABLE
Time Commenced: 11:10 A.M.
Time Concluded: 11:15 A.M.
Time in Court: 0 Hours & 5 Minutes

APPEARANCES:
Plaintiff: Andy Dunne
Defendant: Virginia Villa ☒ FPD ☐ Retained ☒ To be appointed
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed: 3/10/05** **Offense**: **Supervised Release Violation**

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

**on** ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted; **USAO to submit proposed order** ☐ denied ☐ moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at date and time to be notified before for: Judge Michael J. Davis**

☐ **detention hrg** ☐ **preliminary hrg** ☐ **arraignment**

☐ **removal hrg** ☐ **final revocation**

☒ Detention hearing waived ☒ Preliminary revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Counsel to be notified of final revocation hearing date by MJD.**

s/Mary Lenner
Signature of Judicial Assistant