AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-258 (2) MJD**

Shawn Michael Cohenour

0541-0310-0740-D

To: The United States Marshal
and any Authorized United States Officer

US MARSHALS SERVICE MPLS., MN
MAR 10 4 01 PM '05
RECEIVED

YOU ARE HEREBY COMMANDED to arrest: Shawn Michael Cohenour

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the COurt charging him or her with:

Violation of Supervised Release

Ordered by: Judge Michael J. Davis, United States District Court .

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

March 10, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________

Date of Arrest: ____________________

____________________
Name and Title of Arresting Officer

____________________
Signature of Arresting Officer

ARRESTED ON 3-16-05
ARRESTED BY Columbia Heights PD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [illegible]

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04