6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

**FINAL REVOCATION MINUTES** Court Reporter: Lori Simpson

Criminal No.: 01-258 (MJD/JGL) Date: April 4, 2005

United States of America, Mike Cheever for Bill Koch
Counsel for Government

v.

(2) SHAWN COHENOUR Lyonel Norris for Virginia Villa
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** Special condition and 2 mandatory conditions

Continued to April 26, 2005 at 10:00 am.

( / ) Defendant is returned/remanded into U.S. Marshal custody

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman