6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

**FINAL REVOCATION MINUTES** Court Reporter: Lori Simpson

Criminal No.: 01-258 (MJD/JGL) Date: June 1, 2005

United States of America,

Tim Rank
Counsel for Government

v.

(2) SHAWN COHENOUR

Virginia Villa
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** Special Condition and 2 Mandatory Conditions

( / ) **Custody of Bureau of Prisons** until July 5, 2005

( / ) Defendant is returned/remanded into U.S. Marshal custody

Supervised Release until termination of original sentence.

( / ) 120 days at VOA

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman