PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Shawn Michael Cohenour**

**Docket No. 0:01CR00258-002(MJD)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Shawn Michael Cohenour** who was sentenced for Conspiracy to Distribute Cocaine on June 27, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment, psychological/psychiatric counseling/treatment, no firearms or dangerous weapons
Serve up to 120 days CCC placement (modified June 1, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The defendant tested positive for the presence of cocaine on November 21, 2005; and December 1 and 2, 2005.

SPECIAL CONDITION: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant was required to report for urinalysis testing every Monday and Friday as an alternative to the code-a-phone collection system. He failed to report on November 28 and 30, 2005; and December 5, 9, and 12, 2005.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
DEC 19 2005
U.S. DISTRICT COURT MPLS

FILED DEC 16 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS Summon issued

ORDER OF THE COURT

Considered and ordered this 15 day of December, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on December 13, 2005
Place Minneapolis