**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-258(2) MJD |
| | ) | Date: December 29, 2005 |
| SHAWN MICHAEL COHENOUR, | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | | Time Concluded: 1:40 p .m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

**Plaintiff:** Robert Lewis
Assistant U.S. Attorney

**Defendant:** Lyonel Norris

√ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: **December 15, 2005** Offense: **Violation of Supervised Release**

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.

Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.

Next appearance date is before U.S. Magistrate Judge for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

**Additional Information: Defendant released on conditions as previously ordered. Defendant's counsel is instructed to contact the Calendar Clerk for Judge Michael J. Davis for the next appearance.**

s/Shirley Hansen
Signature of Judicial Assistant