**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

(2) SHAWN COHENOUR,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: MICHAEL J. DAVIS
U.S. District Court Judge

| | |
|---|---|
| Case No: | 01-258 (MJD/JGL) |
| Date: | January 30, 2006 |
| Court Reporter: | Lori Simpson |
| Tape Number: | |
| Time Commenced: | 1:31 |
| Time Concluded: | 1:35 |
| Time in Court: | 4 minutes |

## APPEARANCES:

Plaintiff: Anders Folk for Bill Koch, Assistant U.S. Attorney
Defendant: Lyonel Norris FPD

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Supervised Release - none to follow
Defendant is sentenced to: 30 days

s/Debbie Halfman
Calendar Clerk