A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 JAN 18 P 3:58

UNITED STATES OF AMERICA

V.

Shawn Michael Cohenour

**WARRANT FOR ARREST**

CASE NUMBER: **CR 01-258 (2) MJD**

0641-0118-0358-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Shawn Michael Cohenour

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Susan R. Nelson, United States District Court Magistrate Judge.

Jacki Ellingson

(By) Jackie Ellingson, Deputy Clerk

January 17, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 1-19-06
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
JAN 27 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04