RECEIVED
MAR 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

AO 245D (Rev. ...) Judgment in a Criminal Case for Revocations

Defendant released @ 2/16/06 USM

# United States District Court

## District of Minnesota

2006 JAN 31 A 10: 30
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA
v.
**Shawn Michael Cohenour**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-258 (2) (MJD/JGL)**
USM Number: **30238-039**
Social Security Number: **9592**
Date of Birth: **1974**

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s): **Standard Condition #7 and Special Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 11/21/05 and 12/1/05 |
| Special Condition | The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group. | 11/28/05; 11/30/05; 12/5/05; 12/9/05 and 12/12/05 |

**The defendant is sentenced as provided in pages 2 through 3 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**January 30, 2006**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

January 30, 2006
Date

A true printed copy in 3 sheet(s) of the electronic record filed on 1/30/06 in the United States District Court for the District of Minnesota.
CERTIFIED, JAN 30, 2006.
RICHARD D. SLETTEN
BY: Deputy Clerk

SCANNED
MAR 23 2006
U.S. DISTRICT COURT MPLS

DEFENDANT: SHAWN MICHAEL COHENOUR
CASE NUMBER: 01-258 (2) (MJD/JGL)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 days**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant be housed in a federal facility in the state of Michigan.**

[X] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ______________________________

at _________________________, with a certified copy of this judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal

DEFENDANT: SHAWN MICHAEL COHENOUR
CASE NUMBER: 01-258 (2) (MJD/JGL)

# SUPERVISED RELEASE

Upon release from imprisonment, no supervised release to follow.